# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

SANDRA T. HELMS,

     Plaintiff,

v.                                            Civ. No. 17-528 GJF

NANCY A. BERRYHILL, *Acting*
*Commissioner of the Social Security*
*Administration*,

     Defendant.

## **<u>FINAL JUDGMENT</u>**

Pursuant to the Order entered concurrently herewith, the Court enters this Final Order

under Federal Rule of Civil Procedure 58, entering judgment for Plaintiff.

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE
***Presiding by Consent***